UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CODY LEE FILLERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 2:23-CV-34-KAC-CRW |
| | ) |
| GREENEVILLE POLICE DEPARTMENT, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION

This civil case is before the Court on United States Magistrate Judge Cynthia R. Wyrick's (1) "Order and Report and Recommendation" on the Complaint entered on April 27, 2022, [Doc. 4], and (2) "Report and Recommendation" on the Amended Complaint entered on April 28, 2022, [Doc. 6]. On April 6, 2023, pro se Plaintiff Cody Lee Fillers filed a Complaint against the Greeneville Police Department, Greene County Sheriff's Department, Third Judicial District Attorney's Office, Tennessee Bureau of Investigation, Third Judicial District Drug Task Force, and various individual law enforcement officers for alleged civil rights violations under 42 U.S.C. § 1983 and state law [Doc. 2]. On April 27, 2023, Judge Wyrick entered her first Report, recommending that the Court dismiss Plaintiff's Complaint with prejudice [*See* Doc. 4 (thoroughly screening and explaining deficiencies in the Complaint)]. Almost simultaneously with the entry of the first Report, Plaintiff filed an Amended Complaint [*See* Doc. 5]. Thereafter, Judge Wyrick entered a second Report, thoroughly screening the Amended Complaint and recommending that the Court dismiss Plaintiff's Amended Complaint, then operative, with prejudice [*See* Doc. 6]. Plaintiff has not objected to the Report, and the time to do so has passed [*See* Doc. 6 at 2, n. 1

(providing fourteen (14) days to file any objections to the Report)]. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

As Judge Wyrick ably analyzed in her Reports [*see generally* Docs. 4, 6], even liberally construed, Plaintiff's Amended Complaint [Doc. 5] fails to state a claim upon which relief may be granted. Accordingly, the Court **ACCEPTS** and **ADOPTS** Judge Wyrick's second Reports [Doc. 6] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) and **DISMISSES** Plaintiff's Amended Complaint [Doc. 5] **with prejudice** under 28 U.S.C. § 1915(e)(2)(B). An appropriate Judgment shall enter.

IT IS SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge