UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CODY LEE FILLERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2:23-CV-34-KAC-CRW |
| | ) | |
| GREENEVILLE POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Court's "Order Adopting Report and Recommendation and Dismissing Action" [Doc. 7], the Court **DISMISSED** this action with prejudice. Accordingly, the Court **DIRECTS** the Clerk to close the case.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT