FILED
Nov 27, 2023
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-5510

CODY LEE FILLERS,

    Plaintiff-Appellant,

v.

GREENEVILLE, TENN. POLICE
DEPARTMENT, et al.,

    Defendants-Appellees.

Before: SUTTON, Chief Judge; SUHRHEINRICH and DAVIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Tennessee at Greeneville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk